IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SMART ALABAMA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv141-MHT |
| | ) | (WO) |
| SOMPO JAPAN INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The joint motion to extend deadlines (doc. no. 22) is granted.

(2) The uniform scheduling order (doc. no. 14) is modified in the following respects:

(A) The deadline for defendant's expert reports is extended to April 26, 2019.

(B) The deadline for completing discovery is extended from March 15, 2019 to May 29, 2019.

(C) The deadline for the parties' settlement conference is extended from March 15, 2019 to May 29, 2019.

(D) The deadline for dispositive and Daubert motions is extended from April 12, 2019 to June 26, 2019.

(E) All other deadlines are unchanged.

DONE, this the 18th day of January, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE