IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


SMART ALABAMA, LLC,           )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )         2:18cv141-MHT
                              )            (WO)
SOMPO JAPAN INSURANCE         )
COMPANY OF AMERICA,           )
                              )
     Defendant.               )


### JUDGMENT

Pursuant to the partial stipulation of dismissal (doc. no. 23), it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's claims for bad faith and punitive damages are dismissed with prejudice.  All other claims remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 22nd day of January, 2019.


                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE